**DENY and Opinion Filed July 1, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00629-CV

### IN RE ARYON SHAHAHMADI, Relator

**Original Proceeding from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-05197**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Garcia
Opinion by Justice Pedersen, III

In this original proceeding, relator seeks mandamus relief from a June 14, 2022 order granting real party in interest's Rule 202 petition for pre-suit deposition. That order was signed by the Honorable Ray Wheless, who was sitting by assignment from January 4, 2022 through June 30, 2022, in the 192nd Judicial District Court of Dallas County, Texas.[1]

Generally, a writ will not issue against one judge for what another did. *In re Baylor Med. Ctr. at Garland*, 280 S.W.3d 227, 228 (Tex. 2008). When the trial judge who signed the order at issue has not ceased to hold office but has only recused

---

[1] We take judicial notice of the January 5, 2022 assignment order. *See In re Johnson*, 599 S.W.3d 311, 311 n.1 (Tex. App.—Dallas 2020, orig. proceeding).

himself or herself from further participation in the case, appellate courts should either deny the petition for mandamus or abate the proceedings pending consideration of the challenged order by the new trial judge. *In re Blevins*, 480 S.W.3d 542, 544 (Tex. 2013) (orig. proceeding). Because mandamus is a discretionary writ, the appellate court involved should exercise discretion to determine which of the two approaches affords the better and more efficient manner of resolving the dispute. *See id.*

The Honorable Ray Wheless, who issued the challenged order, is no longer sitting by assignment for this case. Because it would be premature to compel the Honorable Kristina Williams, presiding judge of the 192nd Judicial District, to take any action before having an opportunity to review relator's complaint, we conclude that this petition is not properly before us at this time. We accordingly deny the petition without prejudice. Having denied the petition, we also deny the request for temporary relief as moot.


220629f.p05

/Bill Pedersen, III/
_____
BILL PEDERSEN, III
JUSTICE